**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



. ORDER

Appellate case name:    Frederick Louis  Pugh v. Barbara Winfield-Pugh

Appellate case number:  01-22-00007-CV

Trial court case number:  21-FD-2012

Trial court:            County Court at Law No. 1 of Galveston County

Appellant's motion for an extension of time to file his brief is denied as moot. The time for filing appellant's brief does not run until after the record has been filed. *See* TEX. R. APP. P. 38.6(a) (appellant's brief due 30 days after later of filing of clerk's record or filing of reporter's record). To date, neither the clerk's record nor the reporter's record have been filed in this case.

It is so ORDERED.

Judge's signature: _____/s/ Sarah B. Landau_____
                            Acting individually

Date:   ___January 20, 2022__